# Court of Appeals
# of the State of Georgia

ATLANTA, October 09, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0428. DESHURE VICKERS v. HENRY SINGLETON.

On March 7, 2024, the superior court dismissed without prejudice Deshure Vickers' petition for a temporary protective order. On May 20, 2024, Vickers filed her notice of appeal to the Supreme Court seeking review of the dismissal order. The Supreme Court transferred the matter to this Court. See Case No. S24A1359 (Sept. 4, 2024). We, however, lack jurisdiction.

Pretermitting whether Vickers was required to follow the discretionary appeal procedures, we lack jurisdiction because her notice of appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Vickers' notice of appeal was filed 74 days after entry of the order she seeks to appeal. Accordingly, the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 10/09/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*